UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CLETUS GRANNON, | ) | |
|     Petitioner, | ) | NO. 1:06-CV-46 |
| v. | ) | (Cr: 1:04-CR-136) |
| | ) | |
| UNITED STATES OF AMERICA | ) | Chief Judge Curtis L. Collier |
|     Respondent. | ) | |

**O R D E R**

This *pro se* motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 is before the Court upon Petitioner Cletus Grannon's ("Petitioner") "Objection and Motion to Show Cause" (Court File No. 11). In this submission, Petitioner takes exception to the denial of his renewed motion for entry of a default judgment,[1] insists he has not received a copy of the United States' response to his § 2255 motion, and asks that the Court order the United States to show cause for failing to furnish him a copy of the response.

Though the Court notes that the Assistant United States Attorney who represents the Government filled out and signed a certificate of service on June 20, 2006, indicating that parties who did not receive notice through the electronic filing system (Petitioner is such a party) would be served by mail (Ct. File No. 8 at 12), it is possible Petitioner did not receive a copy of the response. Therefore, in the interest of judicial economy and to avoid devoting more time and effort to this matter than it deserves, the Clerk is **DIRECTED** to mail Petitioner a copy of the Government's response and to terminate the "Objection and Motion to Show Cause" (Court File No. 11).

---

[1] The petitioner based his renewed motion on the alleged failure of the United States to submit a response. Because the record showed the United States, in fact, had filed its response, the renewed motion was denied as moot.

SO ORDERED.

ENTER:

                                        **/s/**
                                        **CURTIS L. COLLIER**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**